UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RANCOURT WOODELL,
    Petitioner,

v.

MIKE WENEROWICZ,
    Respondent.

Civil No. 3:13-CV-1192

(Judge Kosik)

FILED SCRANTON
SEP 24 2013
PER ___ DEPUTY CLERK

## ORDER

AND NOW, THIS 24 DAY OF SEPTEMBER, 2013, IT APPEARING TO THE COURT THAT in response to this Court's Order pursuant to Mason v. Meyers, 208 F. 3d 414 (3d Cir. 2000)(Doc. 10), Petitioner, Rancourt Woodell, elected to withdraw his Habeas Corpus Petition filed pursuant to 28 U.S.C. §2254 (Doc. 11), IT IS HEREBY ORDERED THAT :

(1) The Report and Recommendation of Magistrate Judge Susan E. Schwab dated September 4, 2013 (Doc. 12) is **ADOPTED**[1];

(2) The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is deemed **WITHDRAWN**;

(3) The Clerk of Court is directed to **CLOSE** this case and to **FORWARD** a copy of this Order to the Magistrate Judge; and

(4) Based on the Court's conclusions herein, there is no basis for the issuance of a Certificate of Appealability.

Edwin M. Kosik
United States District Judge

---

[1] We note that no timely objections were filed to the Report and Recommendation. Local Rule 72.3.